1  STEVEN W. MYHRE
   Attorney for the United States
2  Acting Under Authority Conferred by
   Title 28, United States Code, Section 515
3  JAMES E. KELLER
   Assistant United States Attorney
4  333 Las Vegas Boulevard South, Suite 5000
   Las Vegas, Nevada 89101

___ FILED        ___ RECEIVED
___ ENTERED      ___ SERVED ON
                 COUNSEL/PARTIES OF RECORD

JAN 22

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-CR-0022-JAD-CWH |
| Plaintiff, | CRIMINAL INFORMATION |
| vs. | VIOLATION: |
| R. CHRISTOPHER READE, | Title 18, United States Code, Section 3 – Accessory After the Fact to Laundering of Monetary Instruments |
| Defendant. | |

THE ATTORNEY FOR THE UNITED STATES CHARGES THAT:

Between on or about February 15, 2007, and continuing to on or about September 13, 2007, in the District of Nevada, and elsewhere,

R. CHRISTOPHER READE,

defendant herein, knowing that an offense against the United States had been committed, to wit: the Laundering of Monetary Instruments, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i), did receive, relieve, comfort, and assist the offender, Richard Young, in order to hinder and prevent the offender's apprehension, trial, and punishment, all in violation of Title 18, United States Code, Section 3.

DATED this 16th day of January, 2014.

STEVEN W. MYHRE
Attorney for the United States
Acting Under Authority Conferred by
Title 28, United States Code, Section 515

/s/
JAMES E. KELLER
Assistant United States Attorney