# EXHIBIT 1

# AGREEMENT
## BETWEEN NATIONAL FUTURES ASSOCIATION AND ROBERT CHRISTOPHER READE

Robert Christopher Reade (NFA ID No. 382911) ("Reade") and National Futures Association ("NFA") on the 13 the day of September 2007 enter into the following agreement, whereby:

1. Reade agrees to never apply to become an NFA Member or Associate;

2. Reade agrees to never act as an associated person of an NFA Member or to act in the capacity of a principal or otherwise directly or indirectly control an NFA Member;

3. Reade agrees to never be affiliated or otherwise act in any capacity with an NFA Member, including, but not limited to, acting as an employee, consultant, independent contractor, agent, or unpaid volunteer (other than acting as outside legal counsel);

4. NFA, as and for itself, its agents and employees, agrees that it shall not make the terms of this agreement publicly available. However, if requested or required, this shall not preclude NFA from providing copies of this agreement or otherwise making its terms known to any governmental authority, including, but not limited to, the Commodity Futures Trading Commission and the Department of Justice, or other person or entity as required under applicable federal and state statutes and regulations, including, but not limited to, the Commodity Exchange Act and the rules and regulations of the Commodity Futures Trading Commission, or NFA rules.

Dated: 9/13/2007

Robert Christopher Reade

Dated: 9/18/2007

National Futures Association