**EXHIBIT LIST**

Case No.: 2:14-cr-00022-KJD-CWH



USA v. R. Christopher Reade

Exhibits on behalf of Defendants

| DATE ADMITTED | DATE MARKED | EXHIBIT NUMBER | WITNESS | DESCRIPTION |
|---|---|---|---|---|
| 7/15/2014 | 7/15/2014 | 1 | | August 2, 2007 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |