RICHARD A. WRIGHT, ESQUIRE
Nevada Bar No. 886
MARGARET M. STANISH, ESQUIRE
Nevada Bar No. 4057
WRIGHT STANISH & WINCKLER
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Phone: (702)382-4004
Fax:   (702)382-4800
Counsel for E. Christopher Reade

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:14-CR-00022-KJD-CWH |
| Plaintiff, ) | |
| ) | |
| vs ) | |
| ) | |
| R. CHRISTOPHER READE, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO AMEND CONDITIONS OF
SUPERVISED RELEASE AND PROPOSED ORDER**

COMES NOW, the Defendant R. Christopher Reade, by and through is counsel, Richard A. Wright, Esquire, and moves to amend his conditions of Supervised Release contained in his Amended Judgment in a Criminal Case (Docket No. 24) by suspending the drug testing condition based on the Court's determination that the Defendant poses a low risk of future substance abuse.

///

Counsel for the Defendant believes the Court waived said condition at the time of the imposition of sentence, however the Judgment des not so reflect. Counsel for the Defendant spoke with Mr. Reade's probation officer who will supervise him, Officer Sunny Cascio, who concurs with the requested modification.

Respectfully submitted,

BY _____
RICHARD A. WRIGHT, ESQUIRE
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Counsel for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that service of the foregoing was served on the 24th day of August, 2015, via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

Also emailed to:

Sunny Cascio
Parole & Probation Officer
Sunny_Cascio@nvp.uscourts.gov

BY   /s/ Debbie Caroselli
An employee of Wright Stanish& Winckler

2

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

The Court having determined that R. Christopher Reade poses a low risk of future substance abuse, IT IS HEREBY ORDERED that the drug testing condition of Supervised Release is suspended.

Date: October 5, 2015

_____
KENT J. DAWSON
UNITED STATES DISTRICT COURT JUDGE